**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7392**

PERCY J. TUCKER, a/k/a Percy James Tucker,

Plaintiff - Appellant,

v.

JEFFERSON B. SESSIONS III, Attorney General; CHARLES SAMUELS,
Director, Bureau of Prisons; HARRY ATKINSON, Complex Warden; JUSTIN
ANDREWS, Warden, FCI-2; MR. JOHNSON, Assistant Warden; LIZ
LINDSLEY, Unit Manager,

Defendants - Appellees.

**No. 17-7393**

PERCY J. TUCKER, a/k/a Percy James Tucker,

Plaintiff - Appellant,

v.

JEFFERSON B. SESSIONS III, Attorney General; CHARLES SAMUELS,
Director, Bureau of Prisons; HARRY ATKINSON, Complex Warden; JUSTIN
ANDREWS, Warden, FCI-2; MR. JOHNSON, Assistant Warden; LIZ
LINDSLEY, Unit Manager,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:15-ct-03307-D)

Submitted: October 2, 2018                    Decided: October 16, 2018

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Percy James Tucker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy J. Tucker appeals the district court's orders accepting the recommendation of the magistrate judge, dismissing his civil complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Tucker v. Lynch*, No. 5:15-ct-03307-D (E.D.N.C. Feb. 22, 2018; Oct. 4, 2017; Mar. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*